# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v().**  Cr. No. H-19-365

**MAKSYM NIENADOV**

## UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Maksym Nienadov, moves this Court for a sixty-day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Mr. Nienadov is charged with conspiracy, trafficking in counterfeit drugs, and smuggling goods into the United States. The pretrial motions deadline is due August 2, 2019, the pretrial conference is set for August 19, 2019, and trial is set for August 26, 2019.

Discovery in this case is ongoing, and undersigned counsel has begun his own legal and factual investigation. Undersigned counsel has identified certain legal and factual issues that require further investigation. Undersigned counsel needs more time to complete his investigation and analysis, and then to file pretrial motions, if

necessary, and to prepare for trial, if necessary. Moreover, additional time is needed to discuss the case with Mr. Nienadov.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government and counsel for Volodymr Nikolaienko, Mr. Nienadov's co-defendant, are unopposed to this Motion for Continuance.

    Respectfully submitted,

    MARJORIE A. MEYERS  
    Federal Public Defender  
    Southern District of Texas No. 3233  
    Texas State Bar No. 14003750

    By /s/ John MacVane  
    JOHN MACVANE  
    Assistant Federal Public Defender  
    Attorney in Charge  
    Texas State Bar ID No. 24085444  
    Southern District of Texas No. 2209776  
    Attorneys for Defendant  
    440 Louisiana, Suite 1350  
    Houston, Texas   77002-1056  
      Telephone:  713.718.4600  
      Fax:            713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorneys Sebastian Edwards and Kebharu Smith and determined that the United States is unopposed to this motion for continuance. I also conferred with Edward A. Mallett, counsel for Volodymr Nikolaienko, and determined that Mr. Nikolaienko is likewise unopposed.

s/ John MacVane
JOHN MACVANE

## CERTIFICATE OF SERVICE

I certify that on August 2, 2019, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Sebastian Edwards.

s/ John MacVane
JOHN MACVANE