United States District Court
Southern District of Texas
**ENTERED**
October 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ( |
| | ( |
| v. | (  Cr. No. H-19-365 |
| | ( |
| MAKSYM NIENADOV | ( |

## ORDER CONTINUING SENTENCING

Maksym Nienadov's motion to continue sentencing is hereby granted. The Court's order for at Dkt. 63 setting the schedule for PSR Objections is modified as follows:

1. By __October 16, 2020__, counsel must object in writing to the facts used and application of the guidelines in the PSR or state that there is no objection.

2. By __October 30, 2020__, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

3. Sentencing is set for __November 16, 2020 at 9:00__ a.m.

SIGNED THIS __2nd__ DAY OF OCTOBER, 2020

_Lee H. Rosenthal_
CHIEF U. S. DISTRICT JUDGE